## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

#### CHARLESTON DIVISION

FRANKLIN CARLOS HERNANDEZ-HERRARA,

       Petitioner,

v.                           CIVIL ACTION NO.   2:26-cv-00109

CHRISTOPHER MASON, et al.,

       Respondents.

#### ORDER

It appearing to the Court that the purpose of this civil action is concluded, it is **ORDERED** that this civil action be **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within 30 days.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                     ENTER: August 3, 2026

                     THOMAS E. JOHNSTON
                     UNITED STATES DISTRICT JUDGE